UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FRANKLIN TOMPKINS, JR.,

    Plaintiff,

v.                                          Case No.  5:11-cv-605-Oc-10TBS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____

## ORDER

Pending before the Court is Plaintiff's Uncontested Motion for Extension of Time (Doc. 14).

Upon due consideration, the motion is GRANTED and Plaintiff shall have through May 6, 2012 within to file his Memorandum of Law.

The Court having granted Plaintiff's motion, the Commissioner shall have through July 6, 2012 within to file his Memorandum of Law.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on April 5, 2012.

*[signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel