UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FRANKLIN TOMPKINS, JR.,

      Plaintiff,

v.                                   Case No.  5:11-cv-605-Oc-10TBS

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
_____

ORDER

      Pending before the Court is Plaintiff's Uncontested Motion for Extension of

Time (Doc. 14).

      Upon due consideration, the motion is GRANTED and Plaintiff shall have

through May 6, 2012 within to file his Memorandum of Law.

      The Court having granted Plaintiff's motion, the Commissioner shall have

through July 6, 2012 within to file his Memorandum of Law.

      IT IS SO ORDERED.

      DONE AND ORDERED in Ocala, Florida, on April 5, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel