UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FRANKLIN TOMPKINS, JR.,

    Plaintiff,

v.                                      Case No. 5:11-cv-605-Oc-10TBS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____

## ORDER

Pending before the Court is Plaintiff's Uncontested Motion for Extension of Time (Doc. 16). Counsel for Plaintiff has certified that she has conferred with counsel for the Defendant and the Defendant assents to this motion. Now, upon due consideration, the motion is GRANTED and Plaintiff has through June 5, 2012 within to file his Memorandum of Law.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on May 4, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel